BILLER ASSOCIATES *v.* WILLIAM H.
PETERKEN ET AL.

*William H. Peterken*, pro se, and *Jill H. Peterken*,
pro se, in support of the petition.

*David B. Rozwaski*, in opposition.

Decided September 27, 2000

BILLER ASSOCIATES *v.* WILLIAM H.
PETERKEN ET AL.

The Supreme Court docket number is SC 16387.

*Ridgely W. Brown*, pro se, in support of the petition.

*David B. Rozwaski*, in opposition.

Decided September 27, 2000

STATE OF CONNECTICUT *v.* DAMON PERRY